IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Patricia A. Brown,

    Plaintiff,

v.

J.C. Penney Corporation, Inc.,
et al.,

    Defendants.

Case No. 2:10-cv-1012

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

## ORDER

This case has been reported settled. However, the parties have been unable to submit an agreed dismissal entry. On March 13, 2012, defendants filed a motion to dismiss this case with prejudice based on the fact of the settlement. By order dated March 15, 2012, plaintiff was given seven days to respond to the motion if she had any objection to a dismissal with prejudice. She has not responded. Therefore, the Court **GRANTS** the motion to dismiss (ECF No. 26) and **DISMISSES** this case **WITH PREJUDICE.**

    **IT IS SO ORDERED.**

3-30-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE