AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**PATRICIA A. BROWN,**

    **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**J. C. PENNEY CORPORATION,
INC., et al.,**

CASE NO. C2-10-1012
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

    **Defendants.**

____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

Pursuant to the ORDER filed March 30, 2012, JUDGMENT is hereby entered DISMISSING this case WITH PREJUDICE.

Date: March 30, 2012                             JAMES BONINI, CLERK

                                                                  */S/ Andy F. Quisumbing*
                                                                   (By) Andy F. Quisumbing
                                                                   Courtroom Deputy Clerk